**Betty Jean SCHULTE, Claimant–
Appellant,**

v.

**ADULT CARE, INC., d/b/a Pin Oaks
Adult Care, Employer–
Respondent.**

**No. 59556.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 6, 1991.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Sept. 23, 1991.

Application to Transfer Denied
Nov. 19, 1991.

John B. Schwabe, II, Glenn Edward Easley, Columbia, for claimant-appellant.

Louis J. Leonatti, Mexico, for employer-respondent.

**MEMORANDUM OPINION**

**PER CURIAM.**

Employee appeals from an award of no compensation by the Labor and Industrial Relations Commission. The award of the administrative agency is supported by competent and substantial evidence on the whole record. No precedential value would be served by an opinion. The award of the Commission is affirmed. Rule 84.16(b).

All concur.